# PETITION UNDER 28 U.S.C. 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

UNITED STATES DISTRICT COURT   DISTRICT: NORTHERN

NAME: SHAUNCEY JACKSON   CASE NO. 99 CR 261-1

PLACE OF CONFINEMENT: LINCOLN CORRECTIONAL CENTER   PRISONER NO. R82054

PETITIONER: SHAUNCEY JACKSON   RESPONDENT: V. UNITED STATES OF AMERICA

THE ATTORNEY GENERAL OF THE STATE OF: ILLINOIS

07cv7011
Judge MANNING
Mag. Judge DENLOW

PETITION

**RECEIVED**
DEC 13 2007

DEC 13 2007  aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) (a) NAME AND LOCATION OF COURT THAT ENTERED the Judgement of Conviction:

- UNITED STATES DISTRICT COURT FOR NORTHERN ILLINOIS  219 S. DEARBORN CHGO,IL

- CIRCUIT COURT OF COOK COUNTY  2650 S. CALIFORNIA  CHGO,IL

(b) CRIMINAL DOCKET OR CASE NO.:

- 99 CR 261-1  (FEDERAL)

- 06 CR1222201  (STATE)

2) DATE OF JUDGMENT OF CONVICTION:

- SEPTEMBER 26, 2007  (FEDERAL)

- SEPTEMBER 25, 2007  (STATE)

3) LENGTH OF SENTENCE:

- 7 months  (FEDERAL)

- 2 YEARS  (STATE)

PAGE 1

4) IN THIS CASE, WERE YOU CONVICTED ON MORE THAN ONE COUNT OR OF MORE THAN ONE CRIME? NO

5) IDENTIFY ALL CRIMES OF WHICH YOU WERE CONVICTED AND SENTENCED IN THIS CASE:
- FEDERAL VIOLATION OF PROBATION FOR BANK ROBBERY (FEDERAL)
- CRIMINAL DAMAGE TO PROPERTY (STATE)

6)(a) WHAT WAS YOUR PLEA?
- GUILTY (FEDERAL)
- GUILTY (STATE)

(b) IF YOU ENTERED A GUILTY PLEA TO ONE COUNT OR CHARGE AND A NOT GUILTY PLEA TO ANOTHER COUNT OR CHARGE, WHAT DID YOU PLEAD GUILTY TO AND WHAT DID YOU PLEAD NOT GUILTY TO?
- I PLEAD GUILTY TO ONE COUNT OF BANK ROBBERY (FEDERAL)
- I PLEAD GUILTY TO ONE COUNT OF CRIMINAL DAMAGE TO PROPERTY (STATE)

7) DID YOU TESTIFY AT A PRETRIAL HEARING, TRIAL, OR A POST-TRIAL HEARING?
- NO (FEDERAL)
- NO (STATE)

8) DID YOU APPEAL FROM THE JUDGEMENT OF CONVICTION?
- NO (FEDERAL)
- NO (STATE)

9) HAVE YOU PREVIOUSLY FILED ANY OTHER PETITIONS, APPLICATIONS, OR MOTIONS CONCERNING THIS JUDGEMENT OF CONVICTION IN ANY STATE COURT? NO

10) For this petition, state every grounds on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.

GROUND ONE: BASED ON A FEDERAL JUDGEMENT AND COMMITMENT, A federal detainer has been placed on detainee to serve a 7 month sentence consequtive to a 2 year sentence ordered to be ran concurrent by a STATE JUDGES ORDER.

(A) SUPPORTING FACTS

1. Defendant has been in custody since July 25, 2007

2. Defendant was sentenced to 210 days in Federal Court for violation of probation case no. 99 CR 261-1 on Sept. 26, 2007 when Federal Judge Shadur stated that he hoped state charges would be ran concurrent with Federal sentence of 7 months.

3. Defendant was sentenced to 180 days in state court for Criminal Damage to Property case no. 06 CR 1222201 on Sept. 25, 2007 and State Judge ordered sentence to be ran concurrent to federal case

4. Defendant has a release date of March 9, 2008

5. Defendant will have served 229 days total incarceration

(B) If you did not exhaust your state remedies on Ground One, explain why: Yes, I have exhausted state remedies (see attached state mittimus) which proves that said cases were intended to be ran concurrent and state sentence suceeds the federal sentence and terms.

Page 3

11) OTHER THAN a direct appeal from the judgement of conviction and sentence, have you previously filed in any federal court any petitions, applications, or motions with respect to the judgement in this motion? NO

12) STATE CONCISELY EVERY GROUND ON WHICH YOU CLAIM YOU ARE ASKING FOR RELIEF. Summarize briefly the facts supporting each ground. You should raise in this motion all available grounds for relief which relate to the conviction:

    A) GROUND ONE: THAT FEDERAL JUDGE SHADUR STATED DURING SENTENCING THAT HE HOPED STATE SENTENCE WOULD BE RAN CONCURRENT WITH FEDERAL SENTENCE AND STATE JUDGE LACY ORDERED STATE SENTENCE TO BE RAN CONCURRENT WITH FEDERAL SENTENCE

      1. SUPPORTING FACTS

        a. DEFENDANT HAS BEEN IN CUSTODY SINCE July 25, 2007

        b. DEFENDANT WAS SENTENCED TO 210 days in FEDERAL COURT

        c. DEFENDANT WAS SENTENCED TO 180 days in STATE COURT to BE RAN CONCURRENT WITH FED. CASE NO. 99 CR 261-1

        d. DEFENDANT has a RELEASE date of March 9, 2008

        E. DEFENDANT WILL HAVE SERVED 229 days total INCARCERATION

2) HAS THIS GROUND BEEN PREVIOUSLY PRESENTED TO ANY FEDERAL COURT BY WAY OF PETITION FOR WRIT OF HABEAS CORPUS, MOTION PURSUANT TO 28 U.S.C. 2255, OR ANY OTHER PETITION, MOTION OR APPLICATION?
- No

   A) IF YOUR ANSWER IS "NO", STATE YOUR REASON FOR NOT PRESENTING THIS GROUND:
IF THIS PETITION IS GRANTED AND RELIEF REQUESTED THERE WOULD BE NO FURTHER NEED FOR ANY OTHER MOTIONS OR PETITIONS.

13) DO YOU HAVE ANY PETITION, APPLICATION, MOTION OR APPEAL NOW PENDING IN ANY COURT REGARDING THIS CONVICTION? NO

14) WERE YOU REPRESENTED BY AN ATTORNEY AT ANY TIME DURING THE COURSE OF YOUR ARRAIGNMENT AND PLEA, TRIAL, SENTENCING, APPEAL, OR DURING THE PREPARATION, PRESENTATION OR CONSIDERATION OF ANY PETITIONS, MOTIONS OR APPLICATIONS WHICH YOU FILED WITH RESPECT TO THIS CONVICTION? YES
JOHN MURPHY FEDERAL DEFENDER     AND     WILLIAM SMITH Public Def.
FEDERAL CASE NO. 99 CR 261-1         STATE CASE NO. 06CR1222201

WHEREFORE, MOVANT PRAYS THAT COURT GRANT HIM SUCH RELIEF TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.

*Chauncey Jackson*
SIGNATURE OF MOVANT

## DECLARATION UNDER PENALTY OF PERJURY

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE IS THE MOVANT IN the ABOVE ACTION, THAT HE HAS READ THE ABOVE PLEADING AND THAT THE INFORMATION CONTAINED therein IS TRUE AND CORRECT. 28 U.S.C. 1746   18 U.S.C. 1621

EXECUTED AT __LINCOLN CC__ ON __DEC. 7__, 20__07__
                        (LOCATION)              (DATE)

SWORN TO BEFORE
__7__ DAY OF __December 2007__

*Tracy L. Hill*
NOTARY PUBLIC

"OFFICIAL SEAL"
Tracy L. Hill
Notary Public, State of Illinois
My Commission Exp. 04/13/2009

*Chauncey Jackson*
SIGNATURE

*Tracy L. Hill*
WITNESS

PAGE 6

**U.S. Department of Justice**
United States Marshals Service



# DETAINER
## BASED ON FEDERAL JUDGMENT AND COMMITMENT

United States Marshal
Central District of Illinois
*(District)*

600 E. Monroe St.
Springfield, IL  62701
(217) 492-4430

*(Return Address and Phone)*

*Please type or print neatly:*

TO: Lincoln Correctional Center
P.O. Box 549
Lincoln, IL  62656
Attn:  Records Office

DATE: November 20, 2007
SUBJECT: JACKSON, Shauncey
AKA: JACKSON, Shaunecy
DOB/SSN: 05/24/1970   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
REF. # R82054
USMS #: 10443-424
CR #: 99 CR 261-1

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the   Northern   District of   Illinois   has issued a **Judgment and Commitment Order** against the subject. The attached **Judgment and Commitment Order** commits the subject to the custody of the U.S. Attorney General to serve the following sentence of imprisonment:

7 months custody of the U.S. Bureau of Prisons

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody of the subject for service of his Federal sentence of imprisonment. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer.

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

**RECEIPT**
Date: 11-26-07
Signed: Shauncey Jackson
By: Linda Montcalm
Title: Office Assoc.

Very truly yours,

*Jill Hood*
(Signature)

Steven Deatherage
U.S. Marshal

Requested by:  Jill Good

*Handwritten note:* Northern District said concurrent per Dwight. Central District Federal put hold on.

Form USM-16B
Rev. 04/05

IN THE CIRCUIT COURT OF COOK COUNTY

PEOPLE OF THE STATE OF ILLINOIS )  CASE NUMBER 06CR1222201
V. ) DATE OF BIRTH 05/24/70
SHAUNECY JACKSON ) DATE OF ARREST 09/13/07
Defendant    IR NUMBER 0853351    SID NUMBER 028880650

ORDER OF COMMITMENT AND SENTENCE TO
ILLINOIS DEPARTMENT OF CORRECTIONS

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| 001 | 720-5/21-1(1)(a) | KNOW DAMAGE PROP>$10K-100K | YRS. 002 MOS. ___ | 3 |

and said sentence shall run concurrent with count(s) ___ ___ ___ ___

___ ___ ___ YRS. ___ MOS. ___ ___

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

___ ___ ___ YRS. ___ MOS. ___ ___

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

___ ___ ___ YRS. ___ MOS. ___ ___

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

___ ___ ___ YRS. ___ MOS. ___ ___

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

On Count ___ defendant having been convicted of a class ___ offense is sentenced as a class X offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0016 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s) _____

IT IS FURTHER ORDERED THAT TO RUN CONCURRENT TO THE FEDERAL CASE _____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED SEPTEMBER 25, 2007    ENTER: 09/25/07

CERTIFIED BY E BELMARES
           DEPUTY CLERK

JUDGE: LACY, WILLIAM G    1725

WAP? 09/25/07 12:25:28    CCG N305

[ENTERED JUDGE WILLIAM LACY-1725 SEP 25 2007 DOROTHY BROWN CLERK OF THE CIRCUIT COURT COOK COUNTY]

IN THE
U.S. District Court of
Northern District of Illinois

U.S. of America
Plaintiff,

) Case No. 99 CR 261-1
)
v.
)
)
Shauncey Jackson
)
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Michael Dobbins Office of Clerk
U.S. District Court Northern Illinois
219 S. Dearborn
Chgo, IL 60604

TO: Patrick Fitzgerald U.S. Attorney office
219 S. Dearborn
Chicago, IL 60604

PLEASE TAKE NOTICE that on December 7, 2007, I have placed the documents listed below in the institutional mail at Lincoln Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

- Habeas Corpus
- Motion for Ammended Sentencing

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Dec. 7, 2007

/s/ Shauncey Jackson
NAME: Shauncey Jackson
IDOC#: R62054
Lincoln Correctional Center
P.O. BOX 549
Lincoln, IL 62656

Revised Jan 2002