**PRISONER CASE** 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

07cv7011
Judge MANNING
Mag. Judge DENLOW

# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** SHAUNCEY JACKSON | **Defendant(s):** UNITED STATES OF AMERICA, et al. |
| **County of Residence:** LOGAN | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |
| Shauncey Jackson<br>R-82054<br>Lincoln - LCC<br>P.O. Box 549<br>Lincoln, IL 62656 | 1) AUSA<br><br>2) Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

FILED DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham  **Date:** 12/13/2007