# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7011 | **DATE** | March 24, 2008 |
| **CASE TITLE** | U.S. ex rel. Shauncey Jackson (#R-82054) vs. United States of America | | |

**DOCKET ENTRY TEXT:**

By Minute Order of February 6, 2008, the court directed the petitioner to: (1) either pay the $5.00 statutory filing fee or submit an application for leave to proceed *in forma pauperis*; and (2) show good cause in writing why the habeas petition should not be stayed or dismissed without prejudice for failure of the petitioner to exhaust administrative remedies prior to seeking habeas relief. The petitioner was forewarned that failure to comply with within thirty days would result in summary dismissal of this case, without prejudice. Nevertheless, over thirty days have elapsed and the petitioner has not responded to the court's order. Accordingly, the petition is summarily dismissed on preliminary review pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254. The case is terminated. Dismissal is without prejudice to refiling suit after exhausting administrative remedies.

■ [**Docketing to mail notices.**]

mjm