# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7011 | **DATE** | May 30, 2008 |
| **CASE TITLE** | U.S. ex rel. Shauncey Jackson (#R-82054) vs. United States of America | | |

**DOCKET ENTRY TEXT:**

Reference is made to Plaintiff's letter dated April 21, 2008 [#9]. A letter to the U.S. Department of Justice does not satisfy the exhaustion requirement. As discussed more fully in the court's previous order, any request for sentence credit, or for recalculation of time yet to serve, must be presented to the Attorney General (or his delegate, the Bureau of Prisons). *Romandine v. United States*, 206 F.3d 731, 736 (7th Cir. 2000) (citations omitted). The petitioner must satisfy formal exhaustion requirements before re-filing suit. This case remains closed.

■ [**Docketing to mail notices.**]

mjm